

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed September 20, 2013**

_____
**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS   DIVISION

| | |
|---|---|
| **IN RE:** | **CASE NO: 09-70451 HDH -13** |
| L.C. LAWRY JR. | DATED: SEPTERMBER 19, 2013 |
| ROSALIND R LAWRY ***DECEASED*** | ATTORNEY: GREGORY A ROSS |
| | HEARING DATE: 9/18/2013 |

### Order Compelling Debtor L.C. Lawry Jr. to TURNOVER Tax Return to the Trustee Within Ten (10) Days

On this day came on for consideration the Trustee's "Motion to Compel Debtor L. C. Lawry Jr. to File with the Court a copy of the Debtor's 2012 Federal Income Tax Return or in the Alternative to Provide a Copy to the Trustee and /or Pay any Excess Tax Refund to the Trustee within Ten (10) days of the Entry of the Order Requested Herein" and it appearing to the Court that although served, Debtors did not respond or otherwise appear and that the relief requested by the Trustee is deemed unopposed.

**IT IS THEREFORE ORDERED** that Debtor L. C. Lawry shall turnover a copy of 2012 Tax Return (s) to the Trustee within Ten (10) days from the entry of this Order.

# # # End of Order # # #

/s/ Walter O'Cheskey
Walter O'Cheskey,Chapter 13 Trustee
6308 Iola Avenue,
Lubbock TX 79424