**RESURGENT CAPITAL SERVICES**  
55 BEATTIE PLACE, SUITE 110 MS # 126  
GREENVILLE, SC  29601

PHONE: (877) 264-5884, OPTION 3  
FAX: (864) 248-8790  
E-MAIL: ASKBK@RESURGENT.COM

November 19, 2013

<u>**CHANGE OF ADDRESS**</u>  
Debtor: L. C. Lawry, Jr.  
Case Number: 09-70451

US Bankruptcy Court  
Northern District of Texas  
1100 Commerce St, Room 1254  
Dallas, TX 75242-1496

Dear Clerk of Court:

A claim was filed for **Collins Financial Services, Inc.** in the above-referenced case by a previous servicer.  Resurgent Capital Services is the current servicer for this account.

This form will serve to **change the mailing address where payments and correspondence should be sent.**  The case information is listed below:

    District:         Northern District of Texas  
    Debtor:          L. C. Lawry, Jr.  
    Case Number:    09-70451  
    Claim Number:   18  
    Claim Amount:   $645.04  
    Account Number: 8526

Previous address for creditor is as follows:

Collins Financial Services, Inc.  
c/o B-Line LLC  
MS 550  PO Box 91121  
Seattle, WA  98111-9221

**Please send all future disbursements and correspondence to the following address:**

**Collins Financial Services, Inc.**  
**c/o Resurgent Capital Services**  
**P.O. Box 10587**  
**Greenville, SC  29603-0587**

Thank you for your assistance in making this update.  If you have any questions regarding this matter, please do not hesitate to contact me directly at (864) 248-8615.

Sincerely,

*Sherrie Emerson*

Sherrie Emerson  
Senior Director, Bankruptcy Servicing  
Resurgent Capital Services